IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Blythe, Virginia R | Case Number: 04 B 11404 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 6/29/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 30, 2008
Confirmed: December 6, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 20,619.32 | |
| Secured: | | 7,227.48 |
| Unsecured: | | 9,851.74 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.20 |
| Trustee Fee: | | 1,062.40 |
| Other Funds: | | 277.50 |
| Totals: | 20,619.32 | 20,619.32 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,200.20 | 2,200.20 |
| 2. | US Bank | Secured | 7,227.48 | 7,227.48 |
| 3. | Capital One | Unsecured | 1,705.90 | 1,705.90 |
| 4. | US Bank | Unsecured | 7,555.93 | 7,555.93 |
| 5. | Credit First | Unsecured | 589.91 | 589.91 |
| 6. | Capital One | Unsecured | 371.37 | 0.00 |
| 7. | Principal Mutual Life Insuranc | Secured | | No Claim Filed |
| 8. | Beneficial Illinois Inc | Unsecured | | No Claim Filed |
| 9. | BP Oil Co | Unsecured | | No Claim Filed |
| 10. | Park National Bank | Unsecured | | No Claim Filed |
| 11. | Medical Imaging Professionals SC | Unsecured | | No Claim Filed |
| 12. | RJM Pathology Consultants, LTD | Unsecured | | No Claim Filed |
| 13. | Providian | Unsecured | | No Claim Filed |
| 14. | Internal Medicine Assoc. | Unsecured | | No Claim Filed |
| 15. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 16. | Wells Fargo | Unsecured | | No Claim Filed |
| 17. | Wal Mart Stores | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,650.79 | $ 19,279.42 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 267.14 |
| 4% | 75.60 |
| 3% | 56.70 |
| 5.5% | 238.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Blythe, Virginia R

Printed:  6/24/08

Case Number:  04 B 11404
Judge:  Wedoff, Eugene R
Filed:  6/29/04

|      |        |
|------|--------|
| 5%   | 48.46  |
| 4.8% | 79.34  |
| 5.4% | 296.41 |
|      | _____ |
|      | $ 1,062.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____